UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wazir Ricky Mohammed,

Petitioner,

v. ORDER

Attorney General,
Curtis J. Aljets, District
Director St. Paul District
Office of the Immigration
And Naturalization Service,

Civil No. 01-583(MJD/SRN)

Respondent.

---

Herbert A. Igbanugo, Esq., Blackwell, Igbanugo, Engen and Saffold for and on behalf of Petitioner.

Mary Jo Madigan, Assistant United States Attorney for and on behalf of Respondent.

---

Before the Court is Petitioner's request for injunctive and declaratory relief pursuant to a writ of habeas corpus.

The Petitioner has been deported, and seeks, *inter alia*, an order from this Court that the INS to return Petitioner to the United States. Prior to issuing its decision, the Court finds that additional briefing is necessary.

IT IS HEREBY ORDERED:

1. The parties shall submit additional briefing on the issue of whether the petition is moot, specifically, whether Petitioner suffers a concrete collateral injury as a result of his deportation. The parties shall also submit additional

APR
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

briefing as to the merits of Petitioner's claims that Respondent violated his substantive and procedural due process rights and his right equal protection.

2. Petitioner shall submit such briefs on or before April 19, 2001.

3. Respondent shall respond on or before May 3, 2001.

Date: April 5, 2001

Michael J. Davis
United States District Court