ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Wazir Ricky Mohammed,<br><br>Petitioner,<br><br>v.<br><br>John Ashcroft, United States Attorney General, Curtis J. Aljets, District Director, St. Paul District Office of the Immigration and Naturalization Service,<br><br>Respondents. | Case No 01-583 (MJD/SRN)<br><br>AMENDED ORDER |

Before the Court is Petitioner's Motion for an Extension of Time to Submit the additional briefing Ordered by the Court on April 5, 2001. Based upon Petitioner's Motion, the records and files herein, and for good cause shown,

THE COURT'S APRIL, 5 2001 ORDER IS HEREBY AMENDED AS FOLLOWS:

1. Petitioner shall submit his additional brief as outlined in the prior Order on or before April 27, 2001.

2. Respondents shall respond on or before May 10, 2001.

Date: April 18, 2001

Michael J. Davis
Michael J. Davis
United States District Court

FILED APR 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

#41110