UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-583 (MJD/SRN)

WAZIR RICKY MOHAMMED,

Petitioner,

v.

JOHN ASHCROFT, UNITED STATES ATTORNEY GENERAL, CURTIS J. ALJETS, District Director St. Paul District Office of the Immigration and Naturalization Service,

Respondents.

ORDER

Upon application of Respondents, no hearing being deemed necessary, and for good cause shown, it is hereby

ORDERED that Respondents shall be, and hereby as, granted an extension of time to file their Supplemental Brief to June 13, 2001.

Dated: May 8, 2001

MICHAEL J. DAVIS
United States District Court Judge

FILED MAY 0 8 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK