# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Wazir Ricky Mohammed

Plaintiff

v.

Attorney General,
Curtis J. Aljets, District Director
St. Paul District Office of the
Immigration and Naturalization Service

Defendants

Case No. Civil 01-583 MJD/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus and complaint for declaratory and injunctive relief is dismissed.

DATE: August 13, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk